IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANIS ALSTON, | ) |
| | ) |
| Plaintiff | ) CIVIL ACTION NO. 2:06-CV-00660 |
| | ) |
| vs. | ) |
| | ) |
| METROPOLITAN INSURANCE | ) ELECTRONICALLY FILED |
| COMPANY and VERIZON LONG | ) |
| TERM DISABILITY PLAN FOR MID- | ) |
| ATLANTIC ASSOCIATES, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 18th day of Jan., 2007, the Court having been advised that the parties have reached an amicable mutual settlement of all claims and the counterclaim in the above-captioned case, it is ORDERED that the case above captioned is dismissed, with prejudice.

_____
United States District Judge